(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cantu, Tara Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cantu, Jose Eliodoro** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-1163** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0244** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**505 Avenue F**<br>**Sterling, IL 61081** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**505 Avenue F**<br>**Sterling, IL 61081** |
| County of Residence or of the<br>Principal Place of Business:   **Whiteside** | County of Residence or of the<br>Principal Place of Business:   **Whiteside** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad | ■ Chapter 7        ☐ Chapter 11        ☐ Chapter 13 |
| ☐ Corporation           ☐ Stockbroker | ☐ Chapter 9        ☐ Chapter 12 |
| ☐ Partnership           ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____     ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business        ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Cantu, Tara Lee
Cantu, Jose Eliodoro

---

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Tara Lee Cantu**
Signature of Debtor **Tara Lee Cantu**

X    **/s/ Jose Eliodoro Cantu**
Signature of Joint Debtor **Jose Eliodoro Cantu**

Telephone Number (If not represented by attorney)

**June 2, 2005**
Date

### Signature of Attorney

X    **/s/ Karl R. Niebuhr**
Signature of Attorney for Debtor(s)

**Karl R. Niebuhr**
Printed Name of Attorney for Debtor(s)

**Niebuhr Law Offices**
Firm Name
**PO Box 10407**
**Peoria, IL 61612-0407**

Address
**(309) 689-0787**
Telephone Number
**June 2, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Karl R. Niebuhr**     **June 2, 2005**
Signature of Attorney for Debtor(s)     Date
**Karl R. Niebuhr**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tara Lee Cantu**      **Jose Eliodoro Cantu**

Debtor(s)     Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $4,800.00 | W-2005 income |
| $14,400.00 | W-2004 income |
| $10,000.00 | W-2003 income |
| $0.00 | H-2005 income |
| $4,000.00 | H-2004 income |
| $5,000.00 | H-2003 income |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Rent | 03/05-05/05 | $1,800.00 | $0.00 |

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Western Funding Inc 431 N Brookhurst Dr Anaheim, CA 92801 | 10/04 | Honda Odyessy |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Niebuhr Law Offices PO Box 10407 Peoria, IL 61612-0407** | **May 2005** | **$200.00** |

**10. Other transfers**

None ■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **208 9th Ave Sterling, IL 61081** | **Tara & Jose Cantu** | **Unknown** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

7

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|-------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**June  2, 2005**__     Signature   __**/s/ Tara Lee Cantu**__
                                            **Tara Lee Cantu**
                                            Debtor

Date __**June  2, 2005**__     Signature   __**/s/ Jose Eliodoro Cantu**__
                                            **Jose Eliodoro Cantu**
                                            Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tara Lee Cantu,**                                        Case No. _____

            **Jose Eliodoro Cantu**

_____,        Chapter_____**7**_____

                                   Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,643.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 87,055.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,539.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 10,643.30 | | |
| Total Liabilities | | | | 87,055.57 | |

In re    **Tara Lee Cantu,**
       **Jose Eliodoro Cantu**
                                        Debtors       ,

Case No. _____

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Tara Lee Cantu,**                                  Case No. _____

           **Jose Eliodoro Cantu**

_____,

                     Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | | **cash on hand; in pockets or located in car or at residence** | **J** | **10.00** |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking and savings at Sauk Valley & Sterling Fed** | **J** | **15.30** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Heaven Sent Industries** | **J** | **600.00** |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **TV, VCR, living, dining, and bedroom furniture** | **J** | **500.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, photos, and collectables** | **J** | **100.00** |
| 6.   Wearing apparel. | | **Clothing: no single item over $30 dollars in value** | **J** | **200.00** |
| 7.   Furs and jewelry. | **X** | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |

                                                               Sub-Total >       **1,425.30**

                                                       (Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

In re    **Tara Lee Cantu,**
     **Jose Eliodoro Cantu**
                                                     ,
                                      Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Atty - Pignetili Merter Liston Personal Injury from Auto Accident** | J | 7,500.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **2004 Tax refund Federal & State received or expected Feb. 2005 in the amount of 4523.00 of which 4230.00 Earned income tax credit** | J | 293.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                 Sub-Total >      **7,793.00**
                                         (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Tara Lee Cantu,**
      **Jose Eliodoro Cantu**

Case No. _____

_____,
                  Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Chevy Monte Carlo with 140,627 miles | J | 750.00 |
| | | 1984 Chevy Van with 130,000 plus miles | J | 675.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | dog | J | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,425.00** |
| (Total of this page) | |
| Total > | **10,643.30** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Tara Lee Cantu,**                                              Case No. _____
         **Jose Eliodoro Cantu**
                                                          ,
                           Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** <br> **cash on hand; in pockets or located in car or at residence** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **checking and savings at Sauk Valley & Sterling Fed** | **735 ILCS 5/12-1001(b)** | **15.30** | **15.30** |
| **Security Deposits with Utilities, Landlords, and Others** <br> **Heaven Sent Industries** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Household Goods and Furnishings** <br> **TV, VCR, living, dining, and bedroom furniture** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Books, photos, and collectables** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Wearing Apparel** <br> **Clothing: no single item over $30 dollars in value** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Accounts Receivable** <br> **Atty - Pignetili Merter Liston** <br> **Personal Injury from Auto Accident** | **735 ILCS 5/12-1001(h)(4)** | **7,500.00** | **7,500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> **2004 Tax refund Federal & State received or expected Feb. 2005 in the amount of 4523.00 of which 4230.00 Earned income tax credit** | **735 ILCS 5/12-1001(b)** | **293.00** | **293.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1986 Chevy Monte Carlo with 140,627 miles** | **735 ILCS 5/12-1001(c)** | **750.00** | **750.00** |
| **1984 Chevy Van with 130,000 plus miles** | **735 ILCS 5/12-1001(b)** | **675.00** | **675.00** |
| **Animals** <br> **dog** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re   **Tara Lee Cantu,**                                              Case No. _____

       **Jose Eliodoro Cantu**

_____,

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal (Total of this page) | |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6E
(04/04)

In re  **Tara Lee Cantu,**                                                Case No. _____
       **Jose Eliodoro Cantu**
_____,
                                    Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re    **Tara Lee Cantu,**                                  Case No. _____
          **Jose Eliodoro Cantu**
_____ ,
                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4393**<br><br>**Alltel**<br>**PO Box 96019**<br>**Charlotte, NC 28296-0019** | | J | **12/03**<br>**Services** | | | | **231.00** |
| Account No. **9554**<br><br>**America Online**<br>**PO Box 29593**<br>**New York, NY 10087-9593** | | J | **05/05**<br>**Internet Services** | | | | **26.00** |
| Account No. **7169**<br><br>**American Agencies**<br>**2158 W. 190th Street**<br>**Torrance, CA 90509** | | J | **09/04**<br>**Collection Services Pacbell, SBC SWBell,** | | | | **0.00** |
| Account No. **0000**<br><br>**American Red Cross**<br>**Lee County Chapter**<br>**202 North Court**<br>**Dixon, IL 61021** | | J | **05/05**<br>**Hospital and or medical bills related to a Physician** | | | | **55.00** |

   __16__   continuation sheets attached                                        Subtotal               |       **312.00**
                                                               (Total of this page)

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**                                    Case No. _____
       **Jose Eliodoro Cantu**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4393** <br><br> **Anderson Financial** <br> **PO Box 3097** <br> **Bloomington, IL 61702** | | J | **12/03** <br> **Collection Services for Alltel, Verizon,** | | | | 0.00 |
| Account No. **9456** <br><br> **AWA Collections** <br> **PO Box 6605** <br> **Orange, CA 92863-6605** | | J | **08/04** <br> **Collection Services Nextel Partners** | | | | 0.00 |
| Account No. **3547** <br><br> **Bartlesville Ambulance** <br> **PO Box 468** <br> **Tonkawa, OK 74653-0468** | | J | **05/05** <br> **Hospital and or medical bills related to a Physician** | | | | 580.00 |
| Account No. **8263** <br><br> **Brighter Vision Learning Adventures** <br> **PO Box 9038** <br> **Buffalo, NY 14269-9038** | | J | **05/05** <br> **Book Club, Periodical, Magazines** | | | | 35.00 |
| Account No. **9421** <br><br> **Capital One Bank** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | J | **06/01** <br> **Credit Card Purchases** | | | | 922.00 |

Sheet no. __**1**__ of __**16**__ sheets attached to Schedule of    Subtotal    | 1,537.00
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**                                                    Case No. _____
       **Jose Eliodoro Cantu**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5971**<br><br>**Certegy Payment Recovery Services,**<br>**PO Box 2864**<br>**Tuscaloosa, AL 35403-2864** | | | J | | **11/01**<br>**Collection Services** | | | | **0.00** |
| Account No. **1557**<br><br>**CGH Medical Center**<br>**100 E. Lefevre Rd**<br>**Sterling, IL 61081-1279** | | | J | | **09/04**<br>**Hospital and or medical bills related to a Physician** | | | | **10,589.00** |
| Account No. **3439**<br><br>**Check IT**<br>**P O Box 6264**<br>**Rockford, IL 61125-1264** | | | J | | **05/05**<br>**Pay Day Loan** | | | | **50.00** |
| Account No. **9769**<br><br>**Christian Liberty Academy**<br>**502 W Euclid Ave**<br>**Arlington Heights, IL 60004-5495** | | | J | | **05/05**<br>**Student Loan, books, tuition** | | | | **456.00** |
| Account No. **0968**<br><br>**Collection Company of America**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | | J | | **07/00**<br>**Collection Services Alltel** | | | | **0.00** |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)                          **11,095.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Tara Lee Cantu,**
        **Jose Eliodoro Cantu**                                              Case No. _____

_____,
                                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8029** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | J | **05/05** <br> **Utilities** | | | | 3,000.00 |
| Account No. **2520** <br><br> **Credit Collections** <br> **302 E Church St** <br> **Killeen, TX 76541** | | J | **07/01** <br> **Collection Services Take-1 Video, City of Copperas Cove Water,** | | | | 0.00 |
| Account No. **4707** <br><br> **Credit Protection Association** <br> **13355 Noel Road** <br> **Dallas, TX 75240** | | J | **06/03** <br> **Collection Services Insight Comm** | | | | 0.00 |
| Account No. **5085** <br><br> **Crossings** <br> **Members Service Ctr** <br> **PO Box 6382** <br> **Camp Hill, PA 17012-6382** | | J | **05/05** <br> **Book Club, Periodical, Magazines** | | | | 79.00 |
| Account No. **7355** <br><br> **Direct TV** <br> **PO Box 9001069** <br> **Louisville, KY 40290-1069** | | J | **05/05** <br> **Utility Bill** | | | | 235.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,314.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Tara Lee Cantu,**
      **Jose Eliodoro Cantu**                                                Case No. _____

_____,
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8187** <br><br> **Diversified Consultants, Inc.** <br> **PO Box 551268** <br> **Jacksonville, FL 32255** | | | J | | **05/05** <br> **Collection Services for** | | | | **0.00** |
| Account No. **6172** <br><br> **Dunn & Bradstreet** <br> **PO Box 5470** <br> **Mount Laurel, NJ 08054** | | | J | | **05/05** <br> **Collection Services** | | | | **0.00** |
| Account No. **8294** <br><br> **Eagle Foods** <br> **801 1st Street** <br> **Milan, IL 61264-3148** | | | J | | **06/02** <br> **Bad Check** | | | | **64.00** |
| Account No. **0000** <br><br> **Earl Richi** <br> **902 E 3rd St** <br> **Sterling, IL 61081** | | | J | | **05/05** <br> **Miscellaneous Bills or debts** | | | | **0.00** |
| Account No. **9625** <br><br> **Financial Control Svcs.** <br> **PO Box 21626** <br> **Ste 195** <br> **Waco, TX 76702** | | | J | | **05/01** <br> **Collection Services King's Daughters Hosp.,** | | | | **0.00** |

Sheet no. __**4**___ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **64.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**                                        Case No. _____
       **Jose Eliodoro Cantu**
_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1946**<br><br>**First Federal Savings**<br>**633 Lasalle St**<br>**Ottawa, IL 61350** | | J | **05/05**<br>**Credit Card Purchases** | | | | **0.00** |
| Account No. **7819**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | J | **04/02**<br>**Credit Card Purchases** | | | | **510.00** |
| Account No. **0122**<br><br>**Fresh Start**<br>**PO Box 7725**<br>**Phoenix, AZ 85011-7725** | | J | **05/05**<br>**Miscellaneous Bills or debts** | | | | **0.00** |
| Account No. **0000**<br><br>**Greg Clark**<br>**13728 Rockford Ct**<br>**Morrison, IL** | | J | **05/05**<br>**Miscellaneous Bills or debts** | | | | **50.00** |
| Account No. **1557**<br><br>**H&R**<br>**4950 38th Ave**<br>**Moline, IL 61265** | | J | **09/04**<br>**Collection ServicesCGH Med Ctr., Eagle Food Ctr.,** | | | | **0.00** |

Sheet no. __**5**__ of __**16**__ sheets attached to Schedule of          Subtotal                  **560.00**
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**                                          Case No. _____
       **Jose Eliodoro Cantu**

_____,
                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0426**<br><br>**House of White Birches**<br>**PO Box 4400**<br>**Big Sandy, TX 75755-4400** | | J | **05/05**<br>**Book Club, Periodical, Magazines** | | | | **19.97** |
| Account No. **0822**<br><br>**IC Systems**<br>**444 East Highway 96**<br>**PO Box 94378**<br>**Saint Paul, MN 55164** | | J | **03/99**<br>**Collection Services Dewald Corp** | | | | **0.00** |
| Account No. **6655**<br><br>**Illinois American Water Co.**<br>**PO Box 578**<br>**Alton, IL 62002-0578** | | J | **08/04**<br>**Utilities** | | | | **298.00** |
| Account No. **0000**<br><br>**Illinois American Water Co.**<br>**PO Box 578**<br>**Alton, IL 62002-0578** | | J | **05/05**<br>**Utilities** | | | | **526.00** |
| Account No. **4707**<br><br>**Insight Communications**<br>**PO Box 740264**<br>**Cincinnati, OH 45274-0264** | | J | **06/03**<br>**Cable bill** | | | | **590.00** |

Sheet no. __**6**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,433.97**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**                                                      Case No. _____
    **Jose Eliodoro Cantu**
_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0069**<br><br>**InstaChek Checks**<br>**616 N Gray st**<br>**Killeen, TX 76541** | | J | **05/00**<br>**Payday Loan** | | | | **97.00** |
| Account No. **0000**<br><br>**Instant Car Credit**<br>**1003 W Rt 30**<br>**Rock Falls, IL 61071** | | J | **05/05**<br>**Car Loan** | | | | **0.00** |
| Account No. **8901**<br><br>**Jefferson Capital Systems**<br>**16 McLeland Rd**<br>**Saint Cloud, MN 56303** | | J | **12/99**<br>**Credit Card Purchases** | | | | **304.00** |
| Account No. **COND**<br><br>**JSZ Financial Co.**<br>**5421 Alpha Rd**<br>**Dallas, TX 75240** | | J | **03/04**<br>**Collection Services Steve Kungis** | | | | **0.00** |
| Account No. **0000**<br><br>**Kings Daughter Hospital**<br>**1901 SW AK Dodgen Loop**<br>**Temple, TX 76502-1896** | | J | **05/05**<br>**Hospital and or medical bills related to a Physician** | | | | **0.00** |

Sheet no. __**7**__ of __**16**__ sheets attached to Schedule of          Subtotal          **401.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Tara Lee Cantu,**                Case No. _____

      **Jose Eliodoro Cantu**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9177**<br><br>**Kroger Check Recovery Center**<br>**P O Box 30650**<br>**Salt Lake City, UT 84130-0650** | | J | **05/05**<br>**Bad Check** | | | | 98.00 |
| Account No. **369C**<br><br>**KSB**<br>**403 E First St**<br>**Dixon, IL 61021** | | J | **05/05**<br>**Miscellaneous Bills or debts** | | | | 2,034.00 |
| Account No. **3788**<br><br>**Lane Phillips**<br>**PO BOx 22063**<br>**Tulsa, OK 74121** | | J | **05/05**<br>**Miscellaneous Bills or debts** | | | | 464.00 |
| Account No. **3060**<br><br>**Lundstrom Florist**<br>**1709 E Third St**<br>**PO Box 433**<br>**Sterling, IL 61081** | | J | **05/05**<br>**Services** | | | | 121.25 |
| Account No. **7833**<br><br>**Mastercheck**<br>**PO Box 637**<br>**Stillwater, OK 74076** | | J | **05/00**<br>**Bad Check Hobby Lobby** | | | | 0.00 |

Sheet no. __**8**___ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      2,717.25

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**
    **Jose Eliodoro Cantu**
                                                ,
                                Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0258**<br><br>**MCM Midland Credit Management, Inc.**<br>**PO Box 939019**<br>**San Diego, CA 92193-9019** | | | J | | 05/05<br>**Collection Services** | | | | 0.00 |
| Account No. **5026**<br><br>**Medical Arts Associates, Ltd.**<br>**600 John Deere Rd**<br>**Ste 200**<br>**Moline, IL 61265-6897** | | | J | | 07/02<br>**Hospital and or medical bills related to a Physician** | | | | 2,062.00 |
| Account No. **8205**<br><br>**Money Control**<br>**PO Box 49990**<br>**Riverside, CA 92514** | | | J | | 03/01<br>**Bad Check Ameritech** | | | | 0.00 |
| Account No. **6378**<br><br>**Mutual Management**<br>**401 E State**<br>**Rockford, IL 61104** | | | J | | 03/05<br>**Collection Services Radio Cons of Rkfd., Sedish American MSO., Medical Arts,** | | | | 0.00 |
| Account No. **8404**<br><br>**National Credit System**<br>**3800 Camp Creek Pkwy B18**<br>**Atlanta, GA 30331** | | | J | | 04/04<br>**Collection Services Steve Kungis, Wildwood Apts.,** | | | | 0.00 |

Sheet no. __**9**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,062.00**

Form B6F - Cont.
(12/03)

In re **Tara Lee Cantu,**                                                        Case No. _____
     **Jose Eliodoro Cantu**
_____,
                                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **6655** <br><br> **NCO Financial Systems Inc** <br> **PO Box 41667** <br> **Philadelphia, PA 19101** | J | | | | | **08/04** <br> **Collection Creditor IL American Water Co** | | | | 0.00 |
| Account No. **9885** <br><br> **NCO-Marlin** <br> **PO Box 8529** <br> **Philadelphia, PA 19101** | J | | | | | **07/03** <br> **Collection Services Certgy** | | | | 0.00 |
| Account No. **6324** <br><br> **Neo Neuro Surgery** <br> **7702 E 91st St** <br> **Ste 220** <br> **Tulsa, OK 74133-6054** | J | | | | | **05/05** <br> **Hospital and or medical bills related to a Physician** | | | | 5,896.00 |
| Account No. **9456** <br><br> **Nextel Partners Inc.** <br> **PO Box 4192** <br> **Carol Stream, IL 60197-4192** | J | | | | | **08/04** <br> **Utilities** | | | | 1,541.00 |
| Account No. **0000** <br><br> **Nicor Gas** <br> **PO Box 310** <br> **Aurora, IL 60507-0310** | J | | | | | **05/05** <br> **Utility Bill** | | | | 2,600.00 |

Sheet no. __**10**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,037.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Tara Lee Cantu,**
**Jose Eliodoro Cantu**                                                          Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3460** <br><br> **North Shore Agency** <br> **PO Box 8901** <br> **Westbury, NY 11590-8901** | | J | 05/05 <br> **Collection Agent** | | | | 0.00 |
| Account No. **1901** <br><br> **Oxford Collection Service** <br> **135 Maxess Rd** <br> **Ste 2A** <br> **Melville, NY 11747** | | J | 03/05 <br> **Collection Services PCDI** | | | | 0.00 |
| Account No. **5443** <br><br> **Pacific Creditors Assoc** <br> **1799 Portola Ave** <br> **Ste 4B** <br> **Livermore, CA 94551** | | J | 03/00 <br> **Collection Services Perry & Co** | | | | 0.00 |
| Account No. **4447** <br><br> **Pacific Gas & Electric** <br> **PO Box 8329** <br> **Stockton, CA 95208** | | J | 05/94 <br> **Utilities** | | | | 96.00 |
| Account No. **4602** <br><br> **Professional Credit Recovery** <br> **PO Box 3106** <br> **Bartlesville, OK 74006-3106** | | J | 05/05 <br> **Collection Services JPMMC ER Phys** | | | | 0.00 |

Sheet no. __**11**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **96.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Tara Lee Cantu,**
        **Jose Eliodoro Cantu**                                           Case No. _____

_____,
                                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9207** <br><br> **Radiological Services** <br> **PO Box 2326** <br> **Bartlesville, OK 74005** | | J | 05/05 <br> **Hospital and or medical bills related to a Physician** | | | | 198.00 |
| Account No. **6378** <br><br> **Radiology Consultants of Rockford** <br> **PO Box 4542** <br> **Rockford, IL 61110** | | J | 03/05 <br> **Hospital and or medical bills related to a Physician** | | | | 853.00 |
| Account No. **1092** <br><br> **Radiology Consultants of Rockford** <br> **PO Box 4542** <br> **Rockford, IL 61110** | | J | 05/05 <br> **Hospital and or medical bills related to a Physician** | | | | 232.00 |
| Account No. **439A** <br><br> **RMA/Check It** <br> **PO Box 6264** <br> **Rockford, IL 61125** | | J | 10/03 <br> **Bad Check La Familia Rest., Family Table Rest., Schreiner Oil Co.,** | | | | 0.00 |
| Account No. **0376** <br><br> **Rock River Health** <br> **2600 Locust St** <br> **Ste C** <br> **Sterling, IL 61081** | | J | 05/05 <br> **Miscellaneous Bills or debts** | | | | 0.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,283.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tara Lee Cantu,**                                     Case No. _____
     **Jose Eliodoro Cantu**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6413**<br><br>**RRCA Accounts Mgmt, Inc**<br>**312 Locust St**<br>**Sterling, IL 61081-3539** | | J | **12/04**<br>**Collection Services Sterling Rock Falls, Partners in Hlth., Rock Falls Utilities, Nimm Anesths.,** | | | | **0.00** |
| Account No. **3788**<br><br>**Saint Francis Hlth Systems**<br>**6161 S Yale Ave**<br>**Tulsa, OK 74136** | | J | **05/05**<br>**Hospital and or medical bills related to a Physician** | | | | **29,748.35** |
| Account No. **3734**<br><br>**SBC Ameritech**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** | | J | **05/02**<br>**Utilities** | | | | **727.00** |
| Account No. **4936**<br><br>**Sherman Acquisition**<br>**PO Box 740281**<br>**Houston, TX 77274** | | J | **10/02**<br>**Miscellaneous Bills or debts** | | | | **899.00** |
| Account No. **0000**<br><br>**Sound and Spirit**<br>**PO Box 91545**<br>**Indianapolis, IN 46291-0545** | | J | **05/05**<br>**Book Club, Periodical, Magazines** | | | | **98.00** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of                     Subtotal                     **31,472.35**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tara Lee Cantu,**
**Jose Eliodoro Cantu**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0000** <br><br> **Sterling Community School Dist** <br> **410 E Lefeure Rd** <br> **Sterling, IL** | | J | 05/05 <br> **Student Loan, books, tuition** | | | | 21.00 |
| Account No. 0973 <br><br> **Swedish American Hospital** <br> **PO Box 4448** <br> **Rockford, IL 61110-0948** | | J | 07/04 <br> **Hospital and or medical bills related to a Physician** | | | | 938.00 |
| Account No. 8187 <br><br> **T Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | 05/05 <br> **Services** | | | | 1,000.00 |
| Account No. 7107 <br><br> **Telecheck Corporate Offices** <br> **5251 Westheimer** <br> **PO Box 4451** <br> **Houston, TX 77210-4451** | | J | 06/04 <br> **Bad Check** | | | | 0.00 |
| Account No. 7427 <br><br> **The Neighborhood By MCI** <br> **P O Box 17890** <br> **Denver, CO 80217-0890** | | J | 05/05 <br> **Services** | | | | 221.00 |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 2,180.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tara Lee Cantu,**  
　　　**Jose Eliodoro Cantu**  　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2347** <br><br>**Torres Credit Services, Inc** <br>27 Fairview St <br>PO Box 189 <br>Carlisle, PA 17013-3121 | | J | 05/05 <br>**Collection Services** | | | | 0.00 |
| Account No. **5566** <br><br>**Transworld Systems** <br>5880 Commerce Blvd <br>Rohnert Park, CA 94928-1651 | | J | 05/05 <br>**Collection Services** | | | | 0.00 |
| Account No. **1461** <br><br>**Tulsa Adjustment Bureau** <br>1754 Utica Sq #283 <br>Tulsa, OK 74114 | | J | 02/05 <br>**Collection Services Warren Clinic** | | | | 0.00 |
| Account No. **2226** <br><br>**United Compucred** <br>4190 Harrison Ave <br>Cincinnati, OH 45211 | | J | 10/03 <br>**Installment** | | | | 104.00 |
| Account No. **1020** <br><br>**US Dept of Ed/Fisl/At** <br>PO Box 4222 <br>Iowa City, IA 52244 | | J | 02/02 <br>**Student Loan, books, tuition** | | | | 7,934.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**8,038.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Tara Lee Cantu,**                                    Case No. _____
     **Jose Eliodoro Cantu**
_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2822** <br><br> **Verizon Wireless Bk Dept** <br> **PO Box 3397** <br> **Bloomington, IL 61702** | | J | 07/00 <br> Utilities | | | | 798.00 |
| Account No. **0002** <br><br> **Wells Fargo Ed Fin Svc** <br> **301 E 58th St N** <br> **Sioux Falls, SD 57104** | | J | 09/04 <br> Installment | | | | 3,938.00 |
| Account No. **0900** <br><br> **Western Funding Inc** <br> **8801 E 63rd St #104** <br> **Kansas City, MO 64133** | | J | 05/05 <br> Miscellaneous Bills or debts | | | | 5,697.00 |
| Account No. **7107** <br><br> **Wexler & Wexler** <br> **Attorneys At Law** <br> **500 W. Madison St; Suite 2910** <br> **Chicago, IL 60661-2587** | | J | 06/04 <br> Attorney fees, collection costs,forcollection agency Telecheck Svc | | | | 0.00 |
| Account No. **NTUT** <br><br> **William & Mary Computer** <br> **206 Dixon Ave** <br> **Ste 2** <br> **Rock Falls, IL 61071-1758** | | J | 05/05 <br> Miscellaneous Bills or debts | | | | 20.00 |

| | | |
|---|---|---|
| Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 10,453.00 |
| | Total <br> (Report on Summary of Schedules) | 87,055.57 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Tara Lee Cantu,**
       **Jose Eliodoro Cantu**
                                  Debtors

Case No. _____

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Tara Lee Cantu,**                               Case No. _____

       **Jose Eliodoro Cantu**

Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

    **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6I
(12/03)

In re   **Tara Lee Cantu**
       **Jose Eliodoro Cantu**                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**Daughter** | AGE<br>**10 yrs**<br>**11 yrs** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Self Employed** | **Student** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify) | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 1,200.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,200.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME      $ _____ 1,200.00      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re
**Tara Lee Cantu**
**Jose Eliodoro Cantu**
_____          Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 600.00 |
| Are real estate taxes included? | Yes ___ | No **X** | | |
| Is property insurance included? | Yes ___ | No **X** | | |
| Utilities:      Electricity and heating fuel | | | $ | 150.00 |
| Water and sewer | | | $ | 40.00 |
| Telephone | | | $ | 50.00 |
| Other     **See Detailed Expense Attachment** | | | $ | 119.00 |
| Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| Food | | | $ | 800.00 |
| Clothing | | | $ | 40.00 |
| Laundry and dry cleaning | | | $ | 40.00 |
| Medical and dental expenses | | | $ | 40.00 |
| Transportation (not including car payments) | | | $ | 160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| Charitable contributions | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 0.00 |
| Life | | | $ | 0.00 |
| Health | | | $ | 0.00 |
| Auto | | | $ | 150.00 |
| Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
| Auto | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 150.00 |
| Other     **Daycare** | | | $ | 100.00 |
| Other     **School Lunches/ Expenses** | | | $ | 100.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $    2,539.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---|
| A.   Total projected monthly income | | $ | N/A |
| B.   Total projected monthly expenses | | $ | N/A |
| C.   Excess income (A minus B) | | $ | N/A |
| D.   Total amount to be paid into plan each | _____ | $ | N/A |
| | (interval) | | |

In re   **Tara Lee Cantu**
       **Jose Eliodoro Cantu**                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable** | $ | **95.00** |
| **Garbage** | $ | **24.00** |
| **Total Other Utility Expenditures** | $ | **119.00** |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tara Lee Cantu**
          **Jose Eliodoro Cantu**
                                                    Case No.
                                    Debtor(s)       Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__30__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  2, 2005**                    Signature  **/s/ Tara Lee Cantu**
                                                       **Tara Lee Cantu**
                                                       Debtor

Date  **June  2, 2005**                    Signature  **/s/ Jose Eliodoro Cantu**
                                                       **Jose Eliodoro Cantu**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 8
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Tara Lee Cantu**
    **Jose Eliodoro Cantu** _____    Case No. _____
                            Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

      *a.  Property to Be Surrendered.*

**Description of Property**
**-NONE-**
                                     **Creditor's name**

      *b.  Property to Be Retained*                           *[Check any applicable statement.]*

| Description of Property **-NONE-** | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|

Date  **June  2, 2005** _____    Signature  **/s/ Tara Lee Cantu** _____
                                                 **Tara Lee Cantu**
                                                 Debtor

Date  **June  2, 2005** _____    Signature  **/s/ Jose Eliodoro Cantu** _____
                                                 **Jose Eliodoro Cantu**
                                                   Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Tara Lee Cantu**
      **Jose Eliodoro Cantu** _____    Case No. _____

                                         Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $    200.00 |
   | Prior to the filing of this statement I have received | $    200.00 |
   | Balance Due | $    0.00 |

2. The source of the compensation paid to me was:

   ■    Debtor      ☐    Other (specify):

3. The source of compensation to be paid to me is:

   ■    Debtor      ☐    Other (specify):

4. ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 2, 2005** _____      **/s/ Karl R. Niebuhr** _____
                                                  **Karl R. Niebuhr**
                                                  **Niebuhr Law Offices**
                                                  **PO Box 10407**
                                                  **Peoria, IL 61612-0407**
                                                  **(309) 689-0787**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tara Lee Cantu**
**Jose Eliodoro Cantu**
_____
Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June  2, 2005**
_____

**/s/ Tara Lee Cantu**
_____
**Tara Lee Cantu**
Signature of Debtor

Date:  **June  2, 2005**
_____

**/s/ Jose Eliodoro Cantu**
_____
**Jose Eliodoro Cantu**
Signature of Debtor

Alltel
PO Box 96019
Charlotte, NC 28296-0019


America Online
PO Box 29593
New York, NY 10087-9593


American Agencies
2158 W. 190th Street
Torrance, CA 90509


American Red Cross
Lee County Chapter
202 North Court
Dixon, IL 61021


Anderson Financial
PO Box 3097
Bloomington, IL 61702


AWA Collections
PO Box 6605
Orange, CA 92863-6605


Bartlesville Ambulance
PO Box 468
Tonkawa, OK 74653-0468


Brighter Vision Learning Adventures
PO Box 9038
Buffalo, NY 14269-9038


Capital One Bank
PO Box 85520
Richmond, VA 23285


Certegy Payment Recovery Services,
PO Box 2864
Tuscaloosa, AL 35403-2864


CGH Medical Center
100 E. Lefevre Rd
Sterling, IL 61081-1279

Check IT
P O Box 6264
Rockford, IL 61125-1264


Christian Liberty Academy
502 W Euclid Ave
Arlington Heights, IL 60004-5495


Collection Company of America
700 Longwater Drive
Norwell, MA 02061


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Credit Collections
302 E Church St
Killeen, TX 76541


Credit Protection Association
13355 Noel Road
Dallas, TX 75240


Crossings
Members Service Ctr
PO Box 6382
Camp Hill, PA 17012-6382


Direct TV
PO Box 9001069
Louisville, KY 40290-1069


Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255


Dunn & Bradstreet
PO Box 5470
Mount Laurel, NJ 08054


Eagle Foods
801 1st Street
Milan, IL 61264-3148

Earl Richi
902 E 3rd St
Sterling, IL 61081


Financial Control Svcs.
PO Box 21626
Ste 195
Waco, TX 76702


First Federal Savings
633 Lasalle St
Ottawa, IL 61350


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Fresh Start
PO Box 7725
Phoenix, AZ 85011-7725


Greg Clark
13728 Rockford Ct
Morrison, IL


H&R
4950 38th Ave
Moline, IL 61265


House of White Birches
PO Box 4400
Big Sandy, TX 75755-4400


IC Systems
444 East Highway 96
PO Box 94378
Saint Paul, MN 55164


Illinois American Water Co.
PO Box 578
Alton, IL 62002-0578


Insight Communications
PO Box 740264
Cincinnati, OH 45274-0264

InstaChek Checks
616 N Gray st
Killeen, TX 76541


Instant Car Credit
1003 W Rt 30
Rock Falls, IL 61071


Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303


JSZ Financial Co.
5421 Alpha Rd
Dallas, TX 75240


Kings Daughter Hospital
1901 SW AK Dodgen Loop
Temple, TX 76502-1896


Kroger Check Recovery Center
P O Box 30650
Salt Lake City, UT 84130-0650


KSB
403 E First St
Dixon, IL 61021


Lane Phillips
PO BOx 22063
Tulsa, OK 74121


Lundstrom Florist
1709 E Third St
PO Box 433
Sterling, IL 61081


Mastercheck
PO Box 637
Stillwater, OK 74076


MCM Midland Credit Management, Inc.
PO Box 939019
San Diego, CA 92193-9019

Medical Arts Associates, Ltd.
600 John Deere Rd
Ste 200
Moline, IL 61265-6897


Money Control
PO Box 49990
Riverside, CA 92514


Mutual Management
401 E State
Rockford, IL 61104


National Credit System
3800 Camp Creek Pkwy B18
Atlanta, GA 30331


NCO Financial Systems Inc
PO Box 41667
Philadelphia, PA 19101


NCO-Marlin
PO Box 8529
Philadelphia, PA 19101


Neo Neuro Surgery
7702 E 91st St
Ste 220
Tulsa, OK 74133-6054


Nextel Partners Inc.
PO Box 4192
Carol Stream, IL 60197-4192


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


North Shore Agency
PO Box 8901
Westbury, NY 11590-8901

Oxford Collection Service
135 Maxess Rd
Ste 2A
Melville, NY 11747


Pacific Creditors Assoc
1799 Portola Ave
Ste 4B
Livermore, CA 94551


Pacific Gas & Electric
PO Box 8329
Stockton, CA 95208


Professional Credit Recovery
PO Box 3106
Bartlesville, OK 74006-3106


Radiological Services
PO Box 2326
Bartlesville, OK 74005


Radiology Consultants of Rockford
PO Box 4542
Rockford, IL 61110


RMA/Check It
PO Box 6264
Rockford, IL 61125


Rock River Health
2600 Locust St
Ste C
Sterling, IL 61081


RRCA Accounts Mgmt, Inc
312 Locust St
Sterling, IL 61081-3539


Saint Francis Hlth Systems
6161 S Yale Ave
Tulsa, OK 74136

SBC Ameritech
Bill Payment Center
Chicago, IL 60663-0001


Sherman Acquisition
PO Box 740281
Houston, TX 77274


Sound and Spirit
PO Box 91545
Indianapolis, IN 46291-0545


Sterling Community School Dist
410 E Lefeure Rd
Sterling, IL


Swedish American Hospital
PO Box 4448
Rockford, IL 61110-0948


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Telecheck Corporate Offices
5251 Westheimer
PO Box 4451
Houston, TX 77210-4451


The Neighborhood By MCI
P O Box 17890
Denver, CO 80217-0890


Torres Credit Services, Inc
27 Fairview St
PO Box 189
Carlisle, PA 17013-3121


Transworld Systems
5880 Commerce Blvd
Rohnert Park, CA 94928-1651


Tulsa Adjustment Bureau
1754 Utica Sq #283
Tulsa, OK 74114

United Compucred
4190 Harrison Ave
Cincinnati, OH 45211


US Dept of Ed/Fisl/At
PO Box 4222
Iowa City, IA 52244


Verizon Wireless Bk Dept
PO Box 3397
Bloomington, IL 61702


Wells Fargo Ed Fin Svc
301 E 58th St N
Sioux Falls, SD 57104


Western Funding Inc
8801 E 63rd St #104
Kansas City, MO 64133


Wexler & Wexler
Attorneys At Law
500 W. Madison St; Suite 2910
Chicago, IL 60661-2587


William & Mary Computer
206 Dixon Ave
Ste 2
Rock Falls, IL 61071-1758