## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: CANTU, TARA LEE § Case No. 05-72734
      CANTU, JOSE ELIODORO § 
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/02/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/05/2009    By:  /s/MEGAN G. HEEG_____
                                                          Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: CANTU, TARA LEE　　　　　　　　　　　§　Case No. 05-72734
　　　　CANTU, JOSE ELIODORO　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 30,001.84 |
| and approved disbursements of | $ 23,908.68 |
| leaving a balance on hand of [1] | $ 6,093.16 |

Claims of secured creditors will be paid as follows:

Claimant　　　　　　　　　　　　　　　　　　　　　Proposed Payment

　　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 3,000.18 | $ 80.06 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

Reason/Applicant　　　　　　　　　　Fees　　　　　　　　　Expenses

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,523.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | RRCA Accounts Mgmt, Inc | $ 252.20 | $ 72.21 |
| 4 | Wells Fargo Bank, N.A. Wells Fargo Education Financial Servi | $ 3,938.00 | $ 1,127.47 |
| 5 | RRCA Accounts Mgmt, Inc | $ 75.54 | $ 21.63 |
| 6 | RRCA Accounts Mgmt, Inc | $ 812.20 | $ 232.54 |
| 7 | RRCA Accounts Mgmt, Inc | $ 39.00 | $ 11.17 |
| 8 | RRCA Accounts Mgmt, Inc | $ 97.00 | $ 27.77 |
| 9 | RRCA Accounts Mgmt, Inc | $ 267.00 | $ 76.44 |
| 10 | RRCA Accounts Mgmt, Inc | $ 76.00 | $ 21.76 |
| 12 | William & Mary Computer | $ 416.27 | $ 119.18 |
| 13 | Premier Bankcard | $ 510.72 | $ 146.22 |
| 14 | Fingerhut Credit Advantage | $ 304.37 | $ 87.14 |
| 15 | Asset Acceptance LLC | $ 727.14 | $ 208.18 |
| 16 | Asset Acceptance LLC | $ 776.63 | $ 222.35 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 17 | Midland Credit Management Inc | $ 1,525.61 | $ 436.79 |
| 18 | T-Mobile USA, Inc. | $ 510.33 | $ 146.11 |
| 19 | RMA/Check It | $ 195.47 | $ 55.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Oct 06, 2009
Case: 05-72734                Form ID: pdf006            Total Noticed: 95

The following entities were noticed by first class mail on Oct 08, 2009.
 db           +Tara Lee Cantu,    505 Avenue F,    Sterling, IL 61081-3335
 jdb          +Jose Eliodoro Cantu,    505 Avenue F,    Sterling, IL 61081-3335
 aty          +Karl R Niebuhr,    Niebuhr Law Firm,    P. O. Box 10407,    Peoria, IL 61612-0407
 aty          +Louis F Pignatelli,    102 East Route 30,    Rock Falls, IL 61071-3090
9409757        AWA Collections,    PO Box 6605,    Orange, CA 92863-6605
9409752        Alltel,    PO Box 96019,    Charlotte, NC 28296-0019
9409754       +American Agencies,    2158 W. 190th Street,    Torrance, CA 90504-6103
9409755       +American Red Cross,    Lee County Chapter,    202 North Court,    Dixon, IL 61021-1250
9409756       +Anderson Financial,    PO Box 3097,    Bloomington, IL 61702-3097
9409758        Bartlesville Ambulance,    PO Box 468,    Tonkawa, OK 74653-0468
9409759        Brighter Vision Learning Adventures,    PO Box 9038,    Buffalo, NY 14269-9038
9409762        CGH Medical Center,    100 E. Lefevre Rd,    Sterling, IL 61081-1279
9409760       +Capital One Bank,    PO Box 85520,    Richmond, VA 23285-5520
9409761        Certegy Payment Recovery Services,,    PO Box 2864,    Tuscaloosa, AL 35403-2864
9409763        Check IT,    P O Box 6264,    Rockford, IL 61125-1264
9409764        Christian Liberty Academy,    502 W Euclid Ave,    Arlington Heights, IL 60004-5495
9409765       +Collection Company of America,    700 Longwater Drive,    Norwell, MA 02061-1796
9409767       +Credit Collections,    302 E Church St,    Killeen, TX 76541-4843
9409768       +Credit Protection Association,    13355 Noel Road,    Dallas, TX 75240-6602
9409769        Crossings,    Members Service Ctr,    PO Box 6382,    Camp Hill, PA 17012-6382
9409770        Direct TV,    PO Box 9001069,    Louisville, KY 40290-1069
9409771       +Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
9409772       +Dunn & Bradstreet,    PO Box 5470,    Mount Laurel, NJ 08054-5470
9409773       +Eagle Foods,    801 1st Street,    Milan, IL 61264-3102
9409774       +Earl Richi,    902 E 3rd St,    Sterling, IL 61081-3858
9409775       +Financial Control Svcs.,    PO Box 21626,    Ste 195,    Waco, TX 76702-1626
9845030        Fingerhut Credit Advantage,    POB 23051,    Columbus GA 31902-3051
9409776       +First Federal Savings,    633 Lasalle St,    Ottawa, IL 61350-2931
9409777       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
9409778        Fresh Start,    PO Box 7725,    Phoenix, AZ 85011-7725
9409779       +Greg Clark,    13728 Rockford Ct,    Morrison, IL 61270-9300
9409780       +H&R,    4950 38th Ave,    Moline, IL 61265-6763
9409781        House of White Birches,    PO Box 4400,    Big Sandy, TX 75755-4400
9409782       +IC Systems,    444 East Highway 96,    PO Box 94378,    Saint Paul, MN 55127-2557
9409783        Illinois American Water Co.,    PO Box 578,    Alton, IL 62002-0578
9409784        Insight Communications,    PO Box 740264,    Cincinnati, OH 45274-0264
9409785       +InstaChek Checks,    616 N Gray st,    Killeen, TX 76541-4847
9409786       +Instant Car Credit,    1003 W Rt 30,    Rock Falls, IL 61071-2733
9409788       +JSZ Financial Co.,    5421 Alpha Rd,    Dallas, TX 75240-4562
9409787       +Jefferson Capital Systems,    16 McLeland Rd,    Saint Cloud, MN 56303-4725
9409791       +KSB,    403 E First St,    Dixon, IL 61021-3187
9409789        Kings Daughter Hospital,    1901 SW AK Dodgen Loop,    Temple, TX 76502-1896
9409790        Kroger Check Recovery Center,    P O Box 30650,    Salt Lake City, UT 84130-0650
9409792       +Lane Phillips,    PO BOx 22063,    Tulsa, OK 74121-2063
9409793       +Lundstrom Florist,    1709 E Third St,    PO Box 433,    Sterling, IL 61081-0433
9409801       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO-Marlin,     PO Box 8529,    Philadelphia, PA 19101)
9409795        MCM Midland Credit Management, Inc.,    PO Box 939019,    San Diego, CA 92193-9019
9409794       +Mastercheck,    PO Box 637,    Stillwater, OK 74076-0637
9409796        Medical Arts Associates, Ltd.,    600 John Deere Rd,    Ste 200,    Moline, IL 61265-6897
10407261      +Midland Credit Management Inc,    8875 Aero Drivet,    San Diego, CA 92123-2251
9409797       +Money Control,    PO Box 49990,    Riverside, CA 92514-1990
9409798       +Mutual Management,    401 E State,    Rockford, IL 61104-1027
9409800        NCO Financial Systems Inc,    PO Box 41667,    Philadelphia, PA 19101
9409799       +National Credit System,    3800 Camp Creek Pkwy B18,    Atlanta, GA 30331-6247
9409802        Neo Neuro Surgery,    7702 E 91st St,    Ste 220,    Tulsa, OK 74133-6054
9409803        Nextel Partners Inc.,    PO Box 4192,    Carol Stream, IL 60197-4192
9409805        North Shore Agency,    PO Box 8901,    Westbury, NY 11590-8901
9409808       ++PACIFIC GAS & ELECTRIC COMPANY,    PO BOX 8329,    STOCKTON CA 95208-0329
              (address filed with court: Pacific Gas & Electric,     PO Box 8329,    Stockton, CA 95208)
9409807       +Pacific Creditors Assoc,    1799 Portola Ave,    Ste 4B,    Livermore, CA 94551-7947
9836609       +Premier Bankcard,    Premier/CSI-Dept SDPR,    POB 2208,    Vacaville, CA 95696-8208
9409809        Professional Credit Recovery,    PO Box 3106,    Bartlesville, OK 74006-3106
9409812       +RMA/Check It,    PO Box 6264,    Rockford, IL 61125-1264
9409814        RRCA Accounts Mgmt, Inc,    312 Locust St,    Sterling, IL 61081-3539
9409810       +Radiological Services,    PO Box 2326,    Bartlesville, OK 74005-2326
9409811       +Radiology Consultants of Rockford,    PO Box 4542,    Rockford, IL 61110-4542
9409813       +Rock River Health,    2600 Locust St,    Ste C,    Sterling, IL 61081-4602
9409816        SBC Ameritech,    Bill Payment Center,    Chicago, IL 60663-0001
9409815       +Saint Francis Hlth Systems,    6161 S Yale Ave,    Tulsa, OK 74136-1992
9409818        Sound and Spirit,    PO Box 91545,    Indianapolis, IN 46291-0545
9409819       +Sterling Community School Dist,    410 E Lefeure Rd,    Sterling, IL 61081-1391
9409820        Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
9409821        T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
10433693       T-Mobile USA, Inc.,    Attn: Bankruptcy Dept.,    PO Box 37380,    Albuquerque, NM 87176-7380
9409822        Telecheck Corporate Offices,    5251 Westheimer,    PO Box 4451,    Houston, TX 77210-4451
9409823        The Neighborhood By MCI,    P O Box 17890,    Denver, CO 80217-0890
9409824       +Torres Credit Services, Inc,    27 Fairview St,    PO Box 189,    Carlisle, PA 17013-0189
9409825       +Transworld Systems,    5880 Commerce Blvd,    Rohnert Park, CA 94928-1644
9409826       +Tulsa Adjustment Bureau,    1754 Utica Sq #283,    Tulsa, OK 74114-1400
9409828       +US Dept of Ed/Fisl/At,    PO Box 4222,    Iowa City, IA 52244
10499925      +US Dept of Education,    PO Box 13328,    Richmond,VA 23225-0328
9409827       +United Compucred,    4190 Harrison Ave,    Cincinnati, OH 45211-4546
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2               Date Rcvd: Oct 06, 2009
Case: 05-72734                Form ID: pdf006            Total Noticed: 95

9409829      +Verizon Wireless Bk Dept,    PO Box 3397,    Bloomington, IL 61702-3397
9667250      +Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,     301 East 58th St. North,
               PO Box 5185,    Sioux Falls, SD 57117-5185
9409830      +Wells Fargo Ed Fin Svc,    301 E 58th St N,    Sioux Falls, SD 57104-0422
9409831      +Western Funding Inc,    8801 E 63rd St #104,    Kansas City, MO 64133-4865
9409832       Wexler & Wexler,    Attorneys At Law,    500 W. Madison St; Suite 2910,    Chicago, IL 60661-2587
9409833      +William & Mary Computer,    206 Dixon Ave,    Ste 2,   Rock Falls, IL 61071-1783
The following entities were noticed by electronic transmission on Oct 06, 2009.
tr           +E-mail/Text: KATHY@EGBBL.COM                            Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
9409753       Fax: 703-433-7292 Oct 07 2009 01:06:01      America Online,   PO Box 29593,
               New York, NY 10087-9593
9936384      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,   SBC,
               PO Box 2036,    Warren MI 48090-2036
9936385      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               Nicor Gas Co,    PO Box 2036,    Warren MI 48090-2036
9409766       E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
9409804       E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 310,
               Aurora, IL 60507-0310
9409806      +Fax: 772-465-8421 Oct 06 2009 22:20:34      Oxford Collection Service,    135 Maxess Rd,   Ste 2A,
               Melville, NY 11747-3801
9409817      +E-mail/Text: resurgentbknotifications@resurgent.com                            Sherman Acquisition,
               PO Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                       **Signature:**      *Joseph Speetjens*