# Claims Proposed Distribution

## Case:  05-72734    CANTU, TARA LEE

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $1,127.47 | Total Proposed Payment: | $1,127.47 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 | RRCA Accounts Mgmt, Inc | Unsecured | 252.20 | 252.20 | 72.21 | 179.99 | 43.17 | 1,084.30 |
| | Claim Memo:   Unsecured$252.20 | | | | | | | |
| 5 | RRCA Accounts Mgmt, Inc | Unsecured | 75.54 | 75.54 | 21.63 | 53.91 | 12.93 | 1,071.37 |
| | Claim Memo:   Unsecured$75.54 | | | | | | | |
| 6 | RRCA Accounts Mgmt, Inc | Unsecured | 812.20 | 812.20 | 232.54 | 579.66 | 139.05 | 932.32 |
| | Claim Memo:   Unsecured$812.20 | | | | | | | |
| 7 | RRCA Accounts Mgmt, Inc | Unsecured | 39.00 | 39.00 | 11.17 | 27.83 | 6.67 | 925.65 |
| | Claim Memo:   Unsecured$39.00 | | | | | | | |
| 8 | RRCA Accounts Mgmt, Inc | Unsecured | 97.00 | 97.00 | 27.77 | 69.23 | 16.61 | 909.04 |
| | Claim Memo:   Unsecured$97.00 | | | | | | | |
| 9 | RRCA Accounts Mgmt, Inc | Unsecured | 267.00 | 267.00 | 76.44 | 190.56 | 45.72 | 863.32 |
| | Claim Memo:   Unsecured$267.00 | | | | | | | |
| 10 | RRCA Accounts Mgmt, Inc | Unsecured | 76.00 | 76.00 | 21.76 | 54.24 | 13.01 | 850.31 |
| | Claim Memo:   Unsecured$76.00 | | | | | | | |
| 12 | William & Mary Computer | Unsecured | 416.27 | 416.27 | 119.18 | 297.09 | 71.27 | 779.04 |
| | Claim Memo:   Priority$416.27 | | | | | | | |
| 13 | Premier Bankcard | Unsecured | 510.72 | 510.72 | 146.22 | 364.50 | 87.44 | 691.60 |
| | Claim Memo:   Unsecured$510.72 | | | | | | | |
| 14 | Fingerhut Credit Advantage | Unsecured | 304.37 | 304.37 | 87.14 | 217.23 | 52.11 | 639.49 |
| | Claim Memo:   Unsecured$304.37 | | | | | | | |
| | Description: unpaid credit card balance | | | | | | | |
| 15 | Asset Acceptance LLC | Unsecured | 727.14 | 727.14 | 208.18 | 518.96 | 124.49 | 515.00 |
| | Claim Memo:   Unsecured$727.14 | | | | | | | |
| 16 | Asset Acceptance LLC | Unsecured | 776.63 | 776.63 | 222.35 | 554.28 | 132.97 | 382.03 |
| | Claim Memo:   Unsecured$776.63 | | | | | | | |
| 17 | Midland Credit Management Inc | Unsecured | 1,525.61 | 1,525.61 | 436.79 | 1,088.82 | 261.19 | 120.84 |
| | Claim Memo:   Unsecured$1525.61 | | | | | | | |
| 18 | T-Mobile USA, Inc. | Unsecured | 510.33 | 510.33 | 146.11 | 364.22 | 87.37 | 33.47 |
| | Claim Memo:   Unsecured$510.33 | | | | | | | |
| | Description: Unpaid Wireless Services Performed | | | | | | | |
| 19 | RMA/Check It | Unsecured | 195.47 | 195.47 | 55.96 | 139.51 | 33.47 | 0.00 |
| | Claim Memo:   Unsecured$195.47 | | | | | | | |

-----------------------------------------------------------------

Schedule F Account: 439A

## Claims Proposed Distribution

### Case:  05-72734   CANTU, TARA LEE

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $1,127.47 | Total Proposed Payment: | $1,127.47 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
|  | Total for Case 05-72734 : | | $6,585.48 | $6,585.48 | $1,885.45 | $4,700.03 | $1,127.47 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|--------------|----------------|--------------|------------------|--------|
| Total Unsecured Claims : | $6,585.48 | $6,585.48 | $1,885.45 | $1,127.47 | 45.750955% |