# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CANTU, TARA LEE | § | Case No. 05-72734 |
| CANTU, JOSE ELIODORO | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,143.30 | Assets Exempt: $10,643.30 |
| Total Distribution to Claimants: $8,989.92 | Claims Discharged Without Payment: $74,035.13 |
| Total Expenses of Administration: $13,511.92 | |

3) Total gross receipts of $ 30,001.84 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $22,501.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $5,977.00 | $5,977.00 | $5,977.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 13,511.92 | 13,511.92 | 13,511.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 87,055.57 | 20,440.63 | 6,585.48 | 3,012.92 |
| TOTAL DISBURSEMENTS | $87,055.57 | $39,929.55 | $26,074.40 | $22,501.84 |

4) This case was originally filed under Chapter 7 on June 02, 2005.
. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2010 _____ By: /s/MEGAN G. HEEG _____
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Other personal property (scheduled) | 1129-000 | 30,000.00 |
| Interest Income | 1270-000 | 1.84 |
| **TOTAL GROSS RECEIPTS** | | $30,001.84 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tara Lee Cantu | due per compromise Order | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,500.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KSB Hospital | 4220-000 | N/A | 2,034.00 | 2,034.00 | 2,034.00 |
| Partner's in Health | 4220-000 | N/A | 3,943.00 | 3,943.00 | 3,943.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $5,977.00 | $5,977.00 | $5,977.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,000.18 | 3,000.18 | 3,000.18 |
| MEGAN G. HEEG | 2200-000 | N/A | 80.06 | 80.06 | 80.06 |
| Pignatelli & Mertes, P.C. | 3210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Pignatelli & Mertes, P.C. | 3220-000 | N/A | 431.68 | 431.68 | 431.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 13,511.92 | 13,511.92 | 13,511.92 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 104.32 | 0.00 | 0.00 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 109.17 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 252.20 | 252.20 | 115.38 |
| Wells Fargo Bank, N.A. Wells Fargo Education Financial | 7100-000 | 3,938.00 | 3,938.00 | 0.00 | 0.00 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 75.54 | 75.54 | 34.56 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 812.20 | 812.20 | 371.59 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 39.00 | 39.00 | 17.84 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 97.00 | 97.00 | 44.38 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 267.00 | 267.00 | 122.16 |
| RRCA Accounts Mgmt, Inc | 7100-000 | N/A | 76.00 | 76.00 | 34.77 |
| RRCA Accounts Mgmt, Inc | 7100-000 | 1,541.00 | 1,704.61 | 0.00 | 0.00 |
| William & Mary Computer | 7100-000 | 20.00 | 416.27 | 416.27 | 190.45 |
| Premier Bankcard | 7100-000 | 510.00 | 510.72 | 510.72 | 233.66 |
| Fingerhut Credit Advantage | 7100-000 | N/A | 304.37 | 304.37 | 139.25 |
| Asset Acceptance LLC | 7100-000 | N/A | 727.14 | 727.14 | 332.67 |
| Asset Acceptance LLC | 7100-000 | 2,600.00 | 776.63 | 776.63 | 355.32 |
| Midland Credit Management Inc | 7100-000 | N/A | 1,525.61 | 1,525.61 | 697.98 |
| T-Mobile USA, Inc. | 7100-000 | N/A | 510.33 | 510.33 | 233.48 |
| RMA/Check It | 7100-000 | 50.00 | 195.47 | 195.47 | 89.43 |
| US Dept of Education | 7200-000 | 7,934.00 | 7,999.05 | 0.00 | 0.00 |
| Mutual Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Medical Arts Associates, Ltd. | 7100-000 | 2,062.00 | N/A | N/A | 0.00 |
| Money Control | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| MCM Midland Credit Management, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NCO Financial Systems Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| National Credit System | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| North Shore Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NCO Marlin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Neo Neuro Surgery | 7100-000 | 5,896.00 | N/A | N/A | 0.00 |
| Mastercheck | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Lane Phillips | 7100-000 | 464.00 | N/A | N/A | 0.00 |
| InstaChek Checks | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| Instant Car Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Insight Communications | 7100-000 | 590.00 | N/A | N/A | 0.00 |
| Jefferson Capital Systems | 7100-000 | 304.00 | N/A | N/A | 0.00 |
| Illinois American Water Co. | 7100-000 | 526.00 | N/A | N/A | 0.00 |
| JSZ Financial Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| KSB | 7100-000 | 2,034.00 | N/A | N/A | 0.00 |
| Oxford Collection Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Kroger Check Recovery Center | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| Lundstrom Florist | 7100-000 | 121.25 | N/A | N/A | 0.00 |
| Kings Daughter Hospital | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Professional Credit Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Pacific Creditors Assoc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Torres Credit Services, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Telecheck Corporate Offices | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| The Neighborhood By MCI | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| Transworld Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| United Compucred | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| Tulsa Adjustment Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wexler & Wexler Attorneys At Law | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Verizon Wireless Bk Dept | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| Western Funding Inc | 7100-000 | 5,697.00 | N/A | N/A | 0.00 |
| T Mobile | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Sterling Community School Dist | 7100-000 | 21.00 | N/A | N/A | 0.00 |
| Swedish American Hospital | 7100-000 | 938.00 | N/A | N/A | 0.00 |
| Radiology Consultants of Rockford | 7100-000 | 853.00 | N/A | N/A | 0.00 |
| Illinois American Water Co. | 7100-000 | 298.00 | N/A | N/A | 0.00 |
| Radiological Services | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| Radiology Consultants of Rockford | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| Saint Francis Hlth Systems | 7100-000 | 29,748.35 | N/A | N/A | 0.00 |
| Rock River Health | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Sound and Spirit | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| SBC Ameritech Bill Payment Center | 7100-000 | 727.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Sherman Acquisition | 7100-000 | 899.00 | N/A | N/A | 0.00 |
| Pacific Gas & Electric | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| House of White Birches | 7100-000 | 19.97 | N/A | N/A | 0.00 |
| IC Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| American Agencies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Alltel | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| America Online | 7100-000 | 26.00 | N/A | N/A | 0.00 |
| Bartlesville Ambulance | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| Anderson Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Dunn & Bradstreet | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Eagle Foods | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| Diversified Consultants, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Earl Richi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Direct TV | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| Financial Control Svcs. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Greg Clark | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| H&R | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Fresh Start | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Crossings Members Service Ctr | 7100-000 | 79.00 | N/A | N/A | 0.00 |
| First Federal Savings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Credit Protection Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Brighter Vision Learning Adventures | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| American Red Cross Lee County Chapter | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| AWA Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Certegy Payment Recovery Services, | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| CGH Medical Center | 7100-000 | 10,589.00 | N/A | N/A | 0.00 |
| Capital One Bank | 7100-000 | 922.00 | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| Credit Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Collection Company of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Christian Liberty Academy | 7100-000 | 456.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL GENERAL UNSECURED CLAIMS | 87,055.57 | 20,440.63 | 6,585.48 | 3,012.92 |
| --- | --- | --- | --- | --- |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 05-72734

**Case Name:** CANTU, TARA LEE
CANTU, JOSE ELIODORO

**Period Ending:** 04/06/10

**Trustee:** (330490)   MEGAN G. HEEG

**Filed (f) or Converted (c):** 06/02/05 (f)

**§341(a) Meeting Date:** 07/08/05

**Claims Bar Date:** 10/25/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 15.30 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Other personal property (scheduled)<br>    Debtors' personal injury litigation | 7,500.00 | 16,523.00 | | 30,000.00 | FA |
| 8 | TAX REFUNDS | 293.00 | 0.00 | DA | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES | 675.00 | 0.00 | DA | 0.00 | FA |
| 11 | ANIMALS | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.84 | FA |
| 12 | **Assets**    Totals (Excluding unknown values) | **$10,643.30** | **$16,523.00** | | **$30,001.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2007

**Current Projected Date Of Final Report (TFR):**   October 2, 2009  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-72734 | |
| **Case Name:** CANTU, TARA LEE | |
| CANTU, JOSE ELIODORO | |
| **Taxpayer ID #:** **-***0282 | |
| **Period Ending:** 04/06/10 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/08 | {7} | The Hartford | compromise in personal injury settlement per 11/17/08 Order | 1129-000 | 30,000.00 | | 30,000.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 30,000.04 |
| 01/05/09 | | To Account #********5166 | write checks pursuant to compromise order entered 11/17/08 | 9999-000 | | 23,908.68 | 6,091.36 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 6,091.73 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 6,091.96 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,092.22 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,092.46 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,092.70 |
| 06/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 6,092.89 |
| 06/23/09 | | To Account #********5166 | to prepare final report | 9999-000 | | 6,092.89 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 30,001.57 | 30,001.57 | $0.00 |
| Less: Bank Transfers | 0.00 | 30,001.57 | |
| **Subtotal** | 30,001.57 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$30,001.57** | **$0.00** | |

{} Asset reference(s)

Printed: 04/06/2010 01:36 PM   V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-72734 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | CANTU, TARA LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CANTU, JOSE ELIODORO | | Account: | ***-*****51-66 - Checking Account |
| Taxpayer ID #: | **-***0282 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/09 | | From Account #********5165 | write checks pursuant to compromise order entered 11/17/08 | 9999-000 | 23,908.68 | | 23,908.68 |
| 01/05/09 | 101 | Pignatelli & Mertes, P.C. | attorneys fees per compromise order | 3210-000 | | 10,000.00 | 13,908.68 |
| 01/05/09 | 102 | Pignatelli & Mertes, P.C. | costs due per compromise order | 3220-000 | | 431.68 | 13,477.00 |
| 01/05/09 | 103 | KSB Hospital | due per compromise order | 4220-000 | | 2,034.00 | 11,443.00 |
| 01/05/09 | 104 | Partner's in Health | due per compromise order | 4220-000 | | 3,943.00 | 7,500.00 |
| 01/05/09 | 105 | Tara Lee Cantu | due per compromise Order | 8100-002 | | 7,500.00 | 0.00 |
| 06/23/09 | | From Account #********5165 | to prepare final report | 9999-000 | 6,092.89 | | 6,092.89 |
| 09/02/09 | | To Account #********5167 | prepare final report | 9999-000 | | 6,092.89 | 0.00 |
| 10/05/09 | | From Account #********5167 | for final report | 9999-000 | 6,093.16 | | 6,093.16 |
| 11/20/09 | 106 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $252.20; Claim# 3; Filed: $252.20; Reference: | 7100-000 | | 72.21 | 6,020.95 |
| 11/20/09 | 107 | Wells Fargo Bank, N.A. Wells Fargo Education Financial Servi | Dividend paid  28.63% on $3,938.00; Claim# 4; Filed: $3,938.00; Reference: 0002<br>Voided on 12/22/09 | 7100-000 | | 1,127.47 | 4,893.48 |
| 11/20/09 | 108 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $75.54; Claim# 5; Filed: $75.54; Reference: | 7100-000 | | 21.63 | 4,871.85 |
| 11/20/09 | 109 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $812.20; Claim# 6; Filed: $812.20; Reference: | 7100-000 | | 232.54 | 4,639.31 |
| 11/20/09 | 110 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $39.00; Claim# 7; Filed: $39.00; Reference: | 7100-000 | | 11.17 | 4,628.14 |
| 11/20/09 | 111 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $97.00; Claim# 8; Filed: $97.00; Reference: | 7100-000 | | 27.77 | 4,600.37 |
| 11/20/09 | 112 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $267.00; Claim# 9; Filed: $267.00; Reference: | 7100-000 | | 76.44 | 4,523.93 |
| 11/20/09 | 113 | RRCA Accounts Mgmt, Inc | Dividend paid  28.63% on $76.00; Claim# 10; Filed: $76.00; Reference: | 7100-000 | | 21.76 | 4,502.17 |
| 11/20/09 | 114 | William & Mary Computer | Dividend paid  28.63% on $416.27; Claim# 12; Filed: $416.27; Reference: NTUT | 7100-000 | | 119.18 | 4,382.99 |
| 11/20/09 | 115 | Premier Bankcard | Dividend paid  28.63% on $510.72; Claim# 13; Filed: $510.72; Reference: 7819 | 7100-000 | | 146.22 | 4,236.77 |
| 11/20/09 | 116 | Fingerhut Credit Advantage | Dividend paid  28.63% on $304.37; Claim# 14; Filed: $304.37; Reference: | 7100-000 | | 87.14 | 4,149.63 |
| 11/20/09 | 117 | Asset Acceptance LLC | Dividend paid  28.63% on $727.14; Claim# 15; Filed: $727.14; Reference: | 7100-000 | | 208.18 | 3,941.45 |
| 11/20/09 | 118 | Asset Acceptance LLC | Dividend paid  28.63% on $776.63; Claim# 16; Filed: $776.63; Reference: 0000 | 7100-000 | | 222.35 | 3,719.10 |
| 11/20/09 | 119 | Midland Credit Management Inc | Dividend paid  28.63% on $1,525.61; Claim# 17; Filed: $1,525.61; Reference: | 7100-000 | | 436.79 | 3,282.31 |

Subtotals :   $36,094.73   $32,812.42

{} Asset reference(s)

Printed: 04/06/2010 01:36 PM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-72734 | Trustee: MEGAN G. HEEG (330490) |
| Case Name: CANTU, TARA LEE | Bank Name: JPMORGAN CHASE BANK, N.A. |
| CANTU, JOSE ELIODORO | Account: ***-*****51-66 – Checking Account |
| Taxpayer ID #: **-***0282 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 04/06/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/09 | 120 | T-Mobile USA, Inc. | Dividend paid 28.63% on $510.33; Claim# 18;<br>Filed: $510.33; Reference: | 7100-000 | | 146.11 | 3,136.20 |
| 11/20/09 | 121 | RMA/Check It | Dividend paid 28.63% on $195.47; Claim# 19;<br>Filed: $195.47; Reference: 3439 | 7100-000 | | 55.96 | 3,080.24 |
| 11/20/09 | 122 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 3,080.24 | 0.00 |
| | | | Dividend paid 100.00%        3,000.18<br>on $3,000.18;  Claim# ;<br>Filed: $3,000.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         80.06<br>on $80.06;  Claim# ;<br>Filed: $80.06 | 2200-000 | | | 0.00 |
| 12/22/09 | 107 | Wells Fargo Bank, N.A. Wells Fargo<br>Education Financial Servi | Dividend paid 28.63% on $3,938.00; Claim# 4;<br>Filed: $3,938.00; Reference: 0002<br>Voided: check issued on 11/20/09 | 7100-000 | | -1,127.47 | 1,127.47 |
| 12/23/09 | 123 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $252.20; Claim# 3;<br>Filed: $252.20; Reference: | 7100-000 | | 43.17 | 1,084.30 |
| 12/23/09 | 124 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $75.54; Claim# 5;<br>Filed: $75.54; Reference: | 7100-000 | | 12.93 | 1,071.37 |
| 12/23/09 | 125 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $812.20; Claim# 6;<br>Filed: $812.20; Reference: | 7100-000 | | 139.05 | 932.32 |
| 12/23/09 | 126 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $39.00; Claim# 7;<br>Filed: $39.00; Reference: | 7100-000 | | 6.67 | 925.65 |
| 12/23/09 | 127 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $97.00; Claim# 8;<br>Filed: $97.00; Reference: | 7100-000 | | 16.61 | 909.04 |
| 12/23/09 | 128 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $267.00; Claim# 9;<br>Filed: $267.00; Reference: | 7100-000 | | 45.72 | 863.32 |
| 12/23/09 | 129 | RRCA Accounts Mgmt, Inc | Dividend paid 45.75% on $76.00; Claim# 10;<br>Filed: $76.00; Reference: | 7100-000 | | 13.01 | 850.31 |
| 12/23/09 | 130 | William & Mary Computer | Dividend paid 45.75% on $416.27; Claim# 12;<br>Filed: $416.27; Reference: NTUT | 7100-000 | | 71.27 | 779.04 |
| 12/23/09 | 131 | Premier Bankcard | Dividend paid 45.75% on $510.72; Claim# 13;<br>Filed: $510.72; Reference: 7819 | 7100-000 | | 87.44 | 691.60 |
| 12/23/09 | 132 | Fingerhut Credit Advantage | Dividend paid 45.75% on $304.37; Claim# 14;<br>Filed: $304.37; Reference: | 7100-000 | | 52.11 | 639.49 |
| 12/23/09 | 133 | Asset Acceptance LLC | Dividend paid 45.75% on $727.14; Claim# 15;<br>Filed: $727.14; Reference: | 7100-000 | | 124.49 | 515.00 |
| 12/23/09 | 134 | Asset Acceptance LLC | Dividend paid 45.75% on $776.63; Claim# 16;<br>Filed: $776.63; Reference: 0000 | 7100-000 | | 132.97 | 382.03 |

Subtotals :                $0.00        $2,900.28

{} Asset reference(s)                                                                Printed: 04/06/2010 01:36 PM   V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-72734 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | CANTU, TARA LEE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CANTU, JOSE ELIODORO | Account: | ***-*****51-66 - Checking Account |
| Taxpayer ID #: | **-***0282 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/06/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/09 | 135 | Midland Credit Management Inc | Dividend paid  45.75% on $1,525.61; Claim# 17; Filed: $1,525.61; Reference: | 7100-000 | | 261.19 | 120.84 |
| 12/23/09 | 136 | T-Mobile USA, Inc. | Dividend paid  45.75% on $510.33; Claim# 18; Filed: $510.33; Reference: | 7100-000 | | 87.37 | 33.47 |
| 12/23/09 | 137 | RMA/Check It | Dividend paid  45.75% on $195.47; Claim# 19; Filed: $195.47; Reference: 3439 | 7100-000 | | 33.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,094.73 | 36,094.73 | $0.00 |
| Less: Bank Transfers | 36,094.73 | 6,092.89 | |
| **Subtotal** | 0.00 | 30,001.84 | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$22,501.84** | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-72734 | |
| **Case Name:** CANTU, TARA LEE | |
| CANTU, JOSE ELIODORO | |
| **Taxpayer ID #:** **-***0282 | |
| **Period Ending:** 04/06/10 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-67 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/09 | | From Account #*******5166 | prepare final report | 9999-000 | 6,092.89 | | 6,092.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,093.13 |
| 10/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 6,093.16 |
| 10/05/09 | | To Account #*******5166 | for final report | 9999-000 | | 6,093.16 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,093.16 | 6,093.16 | $0.00 |
| Less: Bank Transfers | 6,092.89 | 6,093.16 | |
| **Subtotal** | 0.27 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.27** | **$0.00** | |

{} Asset reference(s)

Printed: 04/06/2010 01:36 PM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-72734 |
| Case Name: | CANTU, TARA LEE |
| | CANTU, JOSE ELIODORO |
| Taxpayer ID #: | **-***0282 |
| Period Ending: | 04/06/10 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****51-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref#} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | {No Transactions on File for this Period} | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****51-65 | 30,001.57 | 0.00 | 0.00 |
| Checking # ***-*****51-66 | 0.00 | 22,501.84 | 0.00 |
| MMA # ***-*****51-67 | 0.27 | 0.00 | 0.00 |
| Checking # 9200-*****51-66 | 0.00 | 0.00 | 0.00 |
| | $30,001.84 | $22,501.84 | $0.00 |

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 30, 2010 through February 26, 2010

Account Number: **000312072345166**

---

**CUSTOMER SERVICE INFORMATION**

Service Center: **1-800-634-5273**



00017653    802 24 06010 - NNNNN  1 000000000 60 0000
05-72734 CANTU TARA LEE
CANTU JOSE ELIODORO DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

---

## CHECKING SUMMARY   Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $190.45 |
| Checks Paid | 2 | - 190.45 |
| Ending Balance | 2 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 114 | 02/01 | $119.18 |
| 130 * | 02/01 | 71.27 |
| **Total Checks Paid** |  | **$190.45** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/01 | $0.00 |

*3-12-10*

Page 1 of 2